**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

Thursday, May 15, 2014

Mr. Darryll Duane Taylor
#1569309
Lynaugh Unit
1098 S. Hwy 2037
Ft. Stockton, TX  79735

Hon. Mark Skurka
District Attorney
901 Leopard St., Room 205
Corpus Christi, TX  78401

Re:     Cause No. 13-14-00160-CR
Tr.Ct.No. 08-CR-2126-A
Style:    Darryll Duane Taylor v. The State of Texas

Dear Attorneys:

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       28th District Court
       Hon. Patsy Perez, Nueces County District Clerk
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region